UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   MICHAEL MITCHELL                               Case No.   08-34372-KRH
         Debtor(s)                                      Chapter 13

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of $250.00 in defense of a motion for relief from the automatic stay. There being no objection filed to the application for compensation in this matter to date in the amount of $250.00 and that the Chapter 13 trustee, Robert E. Hyman**,** is authorized to pay an additional $250.00 to Richard J. Oulton from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

By_____
        Judge

Notice of Order Entered on Docket
_____

I ask for this:
/s/ Richard J. Oulton_____
Richard J. Oulton, VSB# 29640, Counsel for Debtor
2807 N. Parham Road, Suite 107
Richmond, VA 23294
Tel. 804-747-7707

Seen and agreed_ X___   Seen and Objected_____ to

/s/ Robert E. Hyman_____
Robert E. Hyman

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

_____/s/ Richard J. Oulton_____
Richard J. Oulton

Please send a copy of this Order to:

Robert E. Hyman
P.O. Box 1780
Richmond, VA 3219-1780


MICHAEL MITCHELL
Debtor
P.O. Box 64
Alberta, VA 23821